# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2017

## NO. 03-16-00148-CV

**Jermaine A. Hopkins, Appellant**

**v.**

**The City of Austin, The City of Austin Firefighters' Civil Service Commission, The City of Austin Police Officers' Civil Service Commission, and The City of Austin Emergency Medical Personnel's Civil Service Commission, Appellees**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
### AFFIRMED—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the district court on December 7, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.